IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALLEN BAKER,

     Plaintiff,

v.

DELBERT KEITH PRUITT

     Defendant.

Case No. 15-207 JPG/PMF

## MEMORANDUM AND ORDER

In light of Seventh Circuit Court of Appeals admonitions, *see Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled.  *See Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) (noting courts' "independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it").  The Court has noted the following defects in the jurisdictional allegations of the Complaint (Doc. 1) filed by plaintiff Allen Baker:

> **Failure to allege the citizenship of an individual.**  A complaint asserting diversity jurisdiction must allege the citizenship of an individual defendant, not merely residence.  28 U.S.C. § 1332(a)(1); *Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002); *Held v. Held*, 137 F.3d 998, 1000 (7th Cir. 1998).  Allegations of "residence" are jurisdictionally insufficient.  *Steigleder v. McQuesten*, 198 U.S. 141 (1905).  Dismissal is appropriate where parties allege residence but not citizenship.  *Held*, 137 F.3d at 1000.  Complaint alleges residence but not citizenship of plaintiff, Allen Baker and defendant Delbert Keith Pruitt.

The Court hereby **ORDERS** that plaintiff Allen Baker shall have up to and including May 5, 2015 to amend the faulty pleading to correct the jurisdictional defect.  *See* 28 U.S.C. § 1653.  Failure to amend the faulty pleading may result in dismissal of this case for lack of subject matter jurisdiction. Amendment of the faulty pleading to

reflect an adequate basis for subject matter jurisdiction will satisfy this order.  Plaintiff

Allen Baker is directed to consult Local Rule 15.1 regarding amended pleadings and need

not seek leave of Court to file such amended pleading.


**IT IS SO ORDERED.**
**DATED: April 23, 2015**

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
