# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALLEN BAKER,

    Plaintiff,

       v.

DELBERT KEITH PRUITT,

    Defendant.

Case No. 15-cv-207-JPG-PMF

## MEMORANDUM AND ORDER

In light of Seventh Circuit Court of Appeals admonitions, *see Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled. *See Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) (noting courts' "independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it").

It appears from the Plaintiff's Amended Complaint (Doc. 8) and the exhibits attached thereto, that at the time of filing the initial Complaint (Doc. 1), the amount in controversy did not meet the requirements of 28 U.S.C. § 1332(a).

Therefore, the Court hereby **ORDERS** the Plaintiff to **SHOW CAUSE** on or before **June 1, 2015** why this case should not be dismissed for lack of jurisdiction. Failure to respond to this order may result in dismissal.

    **IT IS SO ORDERED.**

    DATED:  5/19/2015

                                                *s/J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**