# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALLEN BAKER,

    Plaintiff,

        v.

DELBERT KEITH PRUITT,

    Defendant.

Case No. 15-cv-207-JPG-PMF

## MEMORANDUM AND ORDER

The Court has undertaken a rigorous review of pleadings and has determined that the amount in controversy does not meet the requirements of 28 U.S.C. § 1332(a). The Plaintiff was given an opportunity to Show Cause (Doc. 16) on the jurisdictional amount and filed a Response (Doc. 17) agreeing with the Court that controversy amount involved in this matter does not meet the jurisdictional limit.

As such, this case is **DISMISSED** without prejudice for lack of jurisdiction. The Clerk of Court is **DIRECTED** to close this matter.

**IT IS SO ORDERED.**

**DATED:** 5/26/2015

                                        s/*J. Phil Gilbert*
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**